# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRETT GEUKE, et al., | ) |
| Plaintiff(s), | ) 2:15-cv-01171-APG-NJK |
| vs. | ) **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, et al., | ) |
| Defendant(s). | ) |

Pending before the Court is the parties' motion to continue the settlement conference currently scheduled for November 2, 2016. Docket No. 38. The Court hereby **SETS** a telephonic hearing for October 13, 2016 at 11:00 a.m. Counsel and all parties required to attend the settlement conference shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited. Counsel and all parties required to be present at the settlement conference must attend this telephonic hearing.

IT IS SO ORDERED.

Dated: October 12, 2016

NANCY J. KOPPE
United States Magistrate Judge