**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BRETT GEUKE, *et al.*, | Case No. 2:15-cv-01171-APG-NJK |
| Plaintiffs, | |
| v. | **ORDER** |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, *et al.*, | (ECF No. 42) |
| Defendants. | |

The parties' stipulation to refer this matter to binding arbitration (ECF No. 42) is GRANTED. Because the result of the arbitration will be binding, there is nothing further for this court to address regarding this matter. Therefore, the clerk of court is directed to close this file.

Dated: November 21, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE